|  |  |  |
|---|---|---|
| Property Address:<br>85 Shady Ln<br>Wiscasset, ME 04578-4800<br>Property Location:<br>Township of WISCASSET<br>ME0-AM 19579546 8/20/2012 | This space for Recorder's use<br>Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Diana De Avila**<br>800-444-4302<br>1800 Tapo Canyon Road<br>Simi Valley, CA 93063 | When recorded mail to:<br>**CoreLogic**<br>Mail Stop: ASGN<br>1 CoreLogic Drive<br>Westlake, TX 76262-9823 |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A.** whose address is **C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **FAMILY FIRST MORTGAGE CORP** |
| Borrower(s): | **ROBERT H. ROGERS JR.** |
| Date of Mortgage: | **11/10/2005** |
| Original Loan Amount: | **$175,221.00** |

Recorded in **Lincoln County**, ME on: **11/16/2005**, book **3590**, page **137** and instrument number **13311**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on **AUG 21 2012**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____Luis Roldan_____,
     Assistant Secretary

EXHIBIT D

State of California
County of **Ventura**

On ___AUG 2 1 2012___ before me, ___Alen Badikyan___, Notary Public, personally appeared ___Luis Roldan___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

ALEN BADIKYAN
COMM. # 1886871
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires April 24, 2014
(Seal)

Notary Public: ___Alen Badikyan___
My Commission Expires: ___April 24, 2014___