This space for Recorder's use

Recording Requested By:
**Bank of America**
Prepared By:
**Diana De Avila**
800-444-4302
1800 Tapo Canyon Road
Simi Valley, CA 93063

When recorded mail to:
✓ CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

Property Address:
**85 Shady Lane**
**Wiscasset, ME 04578-4800**
Property Location:
**Township of WISCASSET**
ME0-AM  30522003  10/30/2014  GCA731B

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **CARRINGTON MORTGAGE SERVICES, LLC** whose address is **1610 E. ANDREW PL. SUITE B150, SANTA ANA, CA 92705** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FAMILY FIRST MORTGAGE COR FAMILY FIRST MORTGAGE CORP FAMILY FIRST MORTGAGE CORP, ITS SUCCESSORS AND ASSIGNS**
Borrower(s): **ROBERT H. ROGERS JR.**
Date of Mortgage: **11/10/2005**
Original Loan Amount: **$175,221.00**

Recorded in **Lincoln County, ME** on: **11/16/2005**, book **3590**, page **137** and instrument number **13311**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
__NOV 05 2014__

BANK OF AMERICA, N.A.

By: _____
　　　Mercedes Judilla
　　　Assistant Vice President

EXHIBIT E

State of California
County of Ventura

On __NOV 0 5 2014__ before me, __Trisha Jackson__, Notary Public, personally appeared __Mercedes Judilla__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: __Trisha Jackson__   (Seal)
My Commission Expires: __Exp. 5/18/2018__

TRISHA JACKSON
COMM.# 2068914
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires May 18, 2018