Receipt # 48855
E-RECORDED
Bk 5808    PG 226
11/16/2021  08:10:50 AM
Pages 1
ASSIGNMENT
Instr # 81703
Rebecca S. Wotton Lincoln County Registry of Deeds

## Quitclaim Assignment

WHEREAS, Family First Mortgage Corp., is identified as the "Lender" on a certain mortgage executed by Robert H. Rogers, Jr., and bearing the date of November 10, 2005, securing the property located at 85 Shady Lane, Wiscasset, in the County of Lincoln and State of Maine and recorded in the Lincoln County Registry of Deeds in Book 3590, Page 137 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Carrington Mortgage Services, LLC ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Family First Mortgage Corp.

By Glenn M. Hill
Its Former Vice President

STATE OF FLORIDA

COUNTY OF VOLUSIA )

Subscribed before me, on November 11, 2021, by Glenn M. Hill as Former Vice President. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public

JENNIFER L. SIVITER
Notary Public-State of Florida
Commission # HH 123703
My Commission Expires
April 28, 2025

EXHIBIT F