

# DOONAN, GRAVES & LONGORIA, LLC
### ATTORNEYS AT LAW

Serving Massachusetts, Maine & New Hampshire
Hours: Monday - Friday 9 am - 4 pm
www.dgandl.com

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

December 3, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Robert H. Rogers, Jr.
85 Shady Lane
Wiscasset, ME 04578

Certified Article Number
9414 7266 9904 2184 8243 30
SENDER'S RECORD

Mary H. Rogers
85 Shady Lane
Wiscasset, ME 04578

Certified Article Number
9414 7266 9904 2184 8243 47
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:     85 Shady Lane, Wiscasset, ME 04578
     Loan Number:
     Payment Due Date:     April 1, 2019

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Carrington Mortgage Services, LLC, the Mortgagee, Carrington Mortgage Services, LLC and the Owner/Investor, Carrington Mortgage Services, LLC pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Family First Mortgage Corp. its successors and assigns (if MERs) dated November 10, 2005 and recorded in the Lincoln County Registry of Deeds in Book 3590, Page 137. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

EXHIBIT H

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $46,467.39 |
| Late Charges | $391.23 |
| **TOTAL TO CURE DEFAULT:** | $46,858.62 |

A portion of the amount due is reasonable interest in the amount of $25,680.93.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $46,858.62 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Carrington Mortgage Services, LLC, Payment Processing, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Carrington Mortgage Services, LLC at (949) 517-5057 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Carrington Mortgage Services, LLC, the mortgage servicer, which is Carrington Mortgage Services, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Carrington Mortgage Services, LLC is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and

Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Carrington Mortgage Services, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Carrington Mortgage Services, LLC
Loss Mitigation Department/Loan Resolution
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
(949) 517-5057

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Carrington Mortgage Services, LLC

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

50381

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

```
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Reverse Mortgage Counseling
                     - Services for Homeless Counseling
          Languages: - English
                     - Spanish
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: http://www.ceimaine.org
          Agency ID: 80985
```

```
        Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
              Phone: 207-866-6545
          Toll Free:
                Fax: 207-866-6553
              Email: accounting@fourdirectionsmaine.org
            Address: 20 Godfrey Drive
                     ORONO, Maine 04473-3610
Counseling Services: - Financial Management/Budget Counseling
                     - Financial, Budgeting, and Credit Workshops
                     - Home Improvement and Rehabilitation Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
          Languages: - English
         Affiliation: MAINE STATE HOUSING AUTHORITY
            Website: www.fourdirectionsmaine.org
          Agency ID: 83879
```

```
        Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
              Phone: 207-553-7780-3347
          Toll Free: 800-339-6516
                Fax: 207-553-7778
              Email: ndigeronimo@avestahousing.org
            Address: 307 Cumberland Avenue
                     PORTLAND, Maine 04101-4920
Counseling Services: - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
                     - Rental Housing Workshops
          Languages: - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: www.avestahousing.org
          Agency ID: 81144
```

```
        Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
              Phone: 866-232-9080
          Toll Free: 866-232-9080
                Fax: 866-921-5129
              Email: counselinginfo@moneymanagement.org
            Address: 477 Congress St
                     5th Floor
                     PORTLAND, Maine 04101-3427
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
          Languages: - English
                     - Spanish
         Affiliation: MONEY MANAGEMENT INTERNATIONAL INC.
            Website: http://www.moneymanagement.org
          Agency ID: 82632
```

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- French
- Other
- Swahili

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

```
Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
      Phone: 800-542-8227
   Toll Free:
        Fax:
       Email: N/A
     Address: 97 Water St
              Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
              - Mortgage Delinquency and Default Resolution Counseling
              - Pre-purchase Counseling
              - Pre-purchase Homebuyer Education Workshops
   Languages: - English
   Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
     Website: http://www.kvcap.org
   Agency ID: 81685
```



Robert H. Rogers, Jr.
85 Shady Lane
Wiscasset, ME 04578



Mary H. Rogers
85 Shady Lane
Wiscasset, ME 04578



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

FIRST-CLASS

Mary H. Rogers
85 Shady Lane
Wiscasset, ME 04578



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

FIRST-CLASS

Robert H. Rogers, Jr.
85 Shady Lane
Wiscasset, ME 04578

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, December 6, 2021 2:15 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Carrington Mortgage Services, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Carrington Mortgage Services, LLC Loss Mitigation Department/Loan Resolution
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
(949) 517-5057


-----
Consumer Information
-----

Consumer First name:Mary
Consumer Middle Initial/Middle Name: H.
Consumer Last name:Rogers
Consumer Suffix: 85 Shady Lane
Property Address line 1:85 Shady Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Wiscasset
Property Address State:
Property Address zip code:04578
Property Address County:Lincoln

-----
Notification Details
-----

Date notice was mailed:12/6/2021
Amount needed to cure the default:46858.62 Consumer Address line 1:85 Shady Lane Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wiscasset
Consumer Address State:ME
Consumer Address zip code:04578

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, December 6, 2021 2:13 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Carrington Mortgage Services, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Carrington Mortgage Services, LLC Loss Mitigation Department/Loan Resolution
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
(949) 517-5057


-----
Consumer Information
-----

Consumer First name:Robert
Consumer Middle Initial/Middle Name: H.
Consumer Last name:Rogers, Jr.
Consumer Suffix:
Property Address line 1:85 Shady Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Wiscasset
Property Address State:
Property Address zip code:04578
Property Address County:Lincoln

-----
Notification Details
-----

Date notice was mailed:12/6/2021
Amount needed to cure the default:46858.62 Consumer Address line 1:85 Shady Lane Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wiscasset
Consumer Address State:ME
Consumer Address zip code:04578

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

2




Doonan, Graves & L
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Mary H. Rogers
85 Shady Lane
Wiscasset, ME 04578

NIXIE    015   DE 1         0001/06/22
     RETURN TO SENDER
        UNCLAIMED
     UNABLE TO FORWARD
BC: 01915610733   *1921-10002-07-04




Doonan, Graves & L
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Robert H. Rogers, Jr.
85 Shady Lane
Wiscasset, ME 04578

NIXIE    015   DE 1         0001/06/22
     RETURN TO SENDER
        UNCLAIMED
     UNABLE TO FORWARD
BC: 01915610733   *1921-10543-07-04